UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LEE, an Individual,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC; AMERICAN EXPRESS COMPANY; and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 5:22-cv-01661-SVW-SHK<br>*[JUDGE: STEPHEN V. WILSON]*<br><br>**ORDER TO DISMISS ENTIRE CASE WITH PREJUDICE** |

## ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice against all defendants.

2. Each party shall bear their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: March 6, 2024

*[signature]*

HONORABLE STEPHEN V. WILSON

1